AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 2 — Imprisonment
v1

Judgment Page: 2 of 7

DEFENDANT: Edward James Arman
CASE NUMBER: 1:22-cr-00047-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

42 months as to Count One of the Indictment filed on September 28, 2022.

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant be placed at FPC Yankton, if commensurate with his security and classification needs, and that he be made eligible for the 500-hour Residential Drug Abuse Treatment Program (RDAP).

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____ on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____2-29-24_____ to _____DTH_____

a _____DTH_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____TMA Bus_____
DEPUTY UNITED STATES MARSHAL